# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ROBERTO ZAIZA,** | **CASE NO. 1:19-cv-01475-AWI-HBK (PC)** |
| **Plaintiff,** | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION AS UNTIMELY** |
| **v.** | |
| **PEACOCK, et al.,** | (Doc. No. 11) |
| **Defendants.** | |

Plaintiff Jose Roberto Zaiza is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On April 14, 2020, the then-assigned magistrate judge issued findings and recommendations to dismiss the instant action as untimely. Doc. No. 11. Plaintiff filed objections on June 1, 2020. Doc. No. 12.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

## <u>ORDER</u>

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 11) issued on April 14, 2020, are ADOPTED in full;

2. This action is DISMISSED as untimely; and

1       3.      The Clerk of Court shall CLOSE this case.

2

3

4 IT IS SO ORDERED.

5 Dated:   June 23, 2021                             

                              SENIOR  DISTRICT  JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28